James J. VASZILY, Jr., Petitioner,

v.

DEPARTMENT OF THE TREASURY,
Respondent.

No. 05–3345.

United States Court of Appeals,
Federal Circuit.

May 9, 2006.

SCHALL, Circuit Judge,
CLEVENGER, Senior Circuit Judge, and
PROST, Circuit Judge.

## Judgment

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.